United States District Court
Southern District of Texas
**ENTERED**
November 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEAH MOREAU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICUS HEALTHCARE SOLUTIONS, LLC, and MEDICUS HOSPITALIST SERVICES, LLC<br>Defendants. | §§§§§§§§§§§§ CA No. 4:20-CV-02893 |

### ORDER

Before the Court is Defendants Medicus Health Care Solutions, LLC and Medicus Hospitalist Services, LLC's Motion to Transfer Venue (the "Motion") [Dkt #10]. Having considered the Motion, all filed responses, and applicable law, the Court is of the opinion that the Motion is meritorious and should be **GRANTED**. It is therefore,

**ORDERED** that CA No. 4:20-CV-02893, styled *Leah Moreau v. Medicus Health Care Solutions, LLC and Medicus Hospitalist Services, LLC*, filed in the United States District Court for the Southern District of Texas, Houston Division is hereby **TRANSFERRED** to the United States District Court for the District of New Hampshire for all further proceedings pursuant to 28 U.S.C. § 1404(a). It is further,

**ORDERED** that the Clerk of Court for the Southern District of Texas, Houston Division will prepare a transcript of all original pleadings, motions, and Orders in CA No. 4:20-CV-02893, and shall transmit such transcript to the transferee court within five (5) business days of the date of this Order.

Signed November 6, 2020

Vanessa D. Gilmore
U.S. District Judge

{HD112079.1}  1